**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    **Daniel E. Price**    :    Chapter 13
          :    Bankruptcy No.
          :    20-14838 MDC

**CERTIFICATE OF SERVICE**

   I, **MICHAEL S. SCHWARTZ, ESQUIRE**, hereby certify that I sent the attached motion for Approval of Compensation (Application for compensation) on March 25, 2021 via electronic notification and/or United States First Class Mail to the Trustee and all interested parties, including secured creditors, priority creditors, and Debtor, using the addresses listed on the claims register.

           Respectfully Submitted,


           ____\s\ Michael S. Schwartz_____
           **MICHAEL S. SCHWARTZ, ESQUIRE**
           Attorney for Debtor