Certificate Number: 17572-PAE-DE-040392991

Bankruptcy Case Number: 20-14838



17572-PAE-DE-040392991

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 8, 2025, at 5:12 o'clock PM PST, Daniel E Price completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 8, 2025            By:     /s/Leigh-Anna M Thompson

                                    Name:   Leigh-Anna M Thompson

                                    Title:  Counselor