**Fill in this information to identify the case:**

Debtor 1: DANIEL E. PRICE

Debtor 2 (Spouse, if filing):

Unites States Bankruptcy Court for the: Eastern District of Pennsylvania (State)

Case Number: 20-14838-DJB

## Official Form 410C13-N
## Trustee's Notice of Disbursements Made

12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1: Mortgage Information

Name of claim holder: PENNYMAC LOAN SERVICES LLC

Court claim no. (if known): 6

Last 4 digits of any number you use to identify the debtor's account: 1 5 8 8

Property Address:
38 FRANCIS AVENUE
Number  Street

MORRISVILLE    PA    19067
City    State    ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ -0- |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ -0- |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:  $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Kenneth E. West
Signature

Date: 01/07/2026

Trustee: Kenneth E. West
First Name   Middle Name   Last Name

Address: 190 N. Independence Mall West, Suite 701
Number   Street

Philadelphia   PA   19106
City   State   ZIP Code

Contact phone: (215) 627-1377       Email: info@ph13trustee.com

| Debtor 1 | **DANIEL E. PRICE** | | |
|---|---|---|---|
| | Name | | |
| Case Number | **20-14838-DJB** | | Page 1 |

## History Of Payments

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| | | | | | Total for Claim Number : | 0.00 |
| | | | | | **Total for :** | **0.00** |