**Fill in this information to identify the** **Fill in this information to identify the case:**

Debtor 1    Daniel E. Price

Debtor 2

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number    20-14838 MDC

Official Form 410S1

# Notice of Mortgage Payment Change                     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC          **Court claim no**. (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 1588

**Date of payment change:**
Must be at least 21 days after date of this notice          02/01/2023

**New total payment:**          $1418.07
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:   $738.74           New escrow payment:   $725.85

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%           New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $_____           **New mortgage payment:** $_____

Debtor(s)   <u>Daniel</u>         <u>E.</u>           <u>Price</u>   Case number *(if known)*  <u>20-14838 MDC</u>
            First Name    Middle Name     Last Name

| Part 4: | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Michael Farrington*                                        Date   12/22/2022
    Signature
Print: Michael Farrington
       22 Dec 2022, 10:10:31, EST

Title  <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>        <u>Market Street, Suite 5000</u>
          Number        Street
          Philadelphia,                           PA    19106
          City                                    State  ZIP Code

Contact phone  (215) 627–1322            Email  bkgroup@kmllawgroup.com